Corwin CORBETT, Appellant,

v.

CREST VIEW LUTHERAN HOME, Appellee.

No. 07–2092.

United States Court of Appeals, Eighth Circuit.

Submitted: July 2, 2008.

Filed: July 8, 2008.

Corwin Corbett, Minneapolis, MN, pro se.

Stephen Oliver Plunkett, Rider & Bennett, Amy Catherine Taber, Faegre & Benson, Minneapolis, MN, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Corwin Corbett appeals the district court's[1] adverse grant of summary judgment on his claims brought under Title VII and the Family Medical Leave Act. After reviewing the record de novo, view-

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

1. The Honorable Michael J. Davis, Chief Judge (as of July 1, 2008), United States District Court for the District of Minnesota.

ing the evidence and all reasonable inferences from it in a light most favorable to Corbett, *see Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (standard of review), we find no basis for reversal. Accordingly, the judgment of the district court is affirmed. *See* 8th Cir. R. 47B.